JOYCE R. BRANDA
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
STACEY I. YOUNG
Senior Litigation Counsel
EDWARD S. WHITE
Trial Attorney
N.Y. State Bar Reg. # 2088979
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 616-9131
    Facsimile: (202) 305-7000
    Email: edward.s.white@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHEIKH MD TOUHID UL ALAM (aka "Sheikh Alam"), | ) Case No. 3:15-cv-00105 EDL <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) **STIPULATION TO EXTEND DATES** |
| JEH JOHNSON, Secretary of the Department of Homeland Security, LEON RODRIGUEZ, Director of U.S. Citizenship and Immigration Services, DONALD NEUFELD, Associate Director of Service Center Operations, U.S. Citizenship and Immigration Services, | **and [PROPOSED] ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. In this case, Plaintiff seeks a writ of mandamus requiring the United States Citizenship and Immigration Services ("USCIS") to render a decision on his application to register permanent residence or adjust status, USCIS Form I-485.

2. Plaintiff filed this action on January 8, 2015, ECF Doc. 1, and served the United States Attorney for the Northern District of California on January 12, 2015.  ECF Doc. 5.  Defendants' answer is currently due on March 13, 2015.

3. On January 9, 2015, this Court entered an Order Setting Initial Case Management Conference and ADR Deadlines. ECF Doc. 4.

4. On February 20, 2015, USCIS issued to Plaintiff a third Request for Evidence ("RFE") in connection with his I-485 application, asking him to provide to USCIS by May 15, 2015, certain documents and information related to his eligibility for permanent residence.

5. In order to allow USCIS sufficient time to receive and consider the documents and information requested in the February 20, 2015, RFE, and to consider an alternative resolution to this case before the parties or the Court expend additional resources and effort on this litigation, the parties hereby respectfully ask this Court to extend Defendants' time to answer, or otherwise respond to, the Complaint from Friday, March 13, 2015, until Friday, August 14, 2015.

6. Further, the parties respectfully request that the Court correspondingly extend the dates in the Court's January 9, 2015, Case Management Conference Order as follows:

  a. To August 18, 2015, to meet and confer concerning initial disclosures and the other matters identified in the Court's January 9th Order as due by March 17, 2015;

  b. To September 1, 2015, to file the Rule 26(f) report, and the other matters identified in the Court's January 9th Order as due by March 31, 2015; and

  c. To September 8, 2015, for the initial Case Management Conference, scheduled in the Court's January 9th Order for April 7, 2015.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Date:  March 2, 2015 | Respectfully submitted, |
| For the Plaintiff, | For the Defendants, |

/s/ *Cara Jobson*
CARA JOBSON (CSB# 218400)
Wiley & Jobson, P.C.
703 Market St., Ste. 401
San Francisco, CA 94107
Tel: (415) 627-9161
Fax: (415) 896-2892

BRIAN C. MIZER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
STACEY I. YOUNG
Senior Litigation Counsel


/s/ *Edward S. White*
EDWARD S. WHITE
N.Y. State Bar Reg. # 2088979
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9131
Facsimile: (202) 305-7000
Email: edward.s.white@usdoj.gov

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  March 3, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge